**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE**

| | |
|---|---|
| RICARDO FLOREZ and ELIZABETH PAGANO,<br><br>          Plaintiffs,<br><br>     v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>          Defendant. | Civil No. 17-5604 (RMB/JS)<br><br>**ORDER TRANSFERING VENUE** |

This matter comes before the Court upon the Court's Order to Show Cause why this suit should not be transferred to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a). Plaintiffs oppose transfer. Defendant states that it will "defer to the Court's judgment" on this issue.

The Jumara factors governing the transfer analysis are set forth in the Order to Show Cause. Notably, Plaintiffs concede that the following factors weigh in favor of transfer: (a) "Plaintiffs reside in North Carolina and suffered harm in North Carolina" [Dkt. 19, p. 2]; (b) the named plaintiffs are also relevant witnesses who are located in North Carolina [id.]; (c) "Plaintiffs' records are located in North Carolina" [id., p. 3]; (d) "the New Jersey District Court has slightly more congestion than the Eastern District of North Carolina" [id.]; and (e) "the First Amended Complaint asserts causes of action

under North Carolina law, and by definition, the E.D.N.C. judge would be more familiar with North Carolina law," [id., p. 4].

Nonetheless, Plaintiffs oppose transfer.  To the extent that Plaintiffs' opposition is based on the assumption that this case will be certified as a nationwide class action, the Court declines to accept such an assumption in its transfer analysis.  The case, as it stands now, does concern accounting decisions that Defendant allegedly made in New Jersey, and Plaintiffs did choose to file suit in New Jersey; however, in the Court's view, those factors do not sufficiently counterbalance the other factors discussed above and in the Court's Order to Show Cause which weigh in favor of transfer.

**THEREFORE, IT IS** on this  **22nd**  day of **January 2018**, hereby:

**ORDERED** that pursuant to 28 U.S.C. § 1404(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina.


                                    s/ Renée Marie Bumb
                                    _____
                                    RENÉE MARIE BUMB
                                    UNITED STATES DISTRICT JUDGE

2